Exhibit B

Beth L. Kaufman (BK 7809)
David B. Gordon (DG 0010)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
(212) 661 – 5030
Attorneys for Defendants
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline and
GlaxoSmithKline plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

EMERY DODD AND ELEN DODD;
ROBERT DODD;
MARY DOMINGUEZ AND FRANK
DOMINGUEZ;
VIVIAN DOMINGUEZ AND RAYMOND
DOMINGUEZ;
MARIE DOPKINS AND RUSSELL H.
DOPKINS;
JOHN DRENNAN AND SHIRLEY DRENNAN;
BARBARA DROBICK AND KENNETH
DROBICK;
PAULINE DUERKOP AND GERALD
DUERKOP;
JOHNNY DUNCAN AND LEE ANNA
DUNCAN;
FRANCIS DYKSTRA;
THEADORE EICHENLAUB AND THELMA
EICHENLAUB;
EDNA ELLIS;
RONALD ELLIS AND BARI ELLIS;
LEWIS ELLSWORTH AND PENNY
ELLSWORTH;
JOHN ENGSTROM AND CAROL
ENGSTROM;
CARLOS ESTRADA AND MARY HELEN
ESTRADA;
JOHN FARRELL AND LENORE FARRELL;
EDWARD FELIX AND LOUSE FELIX;

**DEFENDANT SMITHKLINE
BEECHHAM CORPORATION D/B/A
GLAXOSMITHKLINE'S CONSENT TO
REMOVAL**

SCOTT FERGUSON;
HERBERT FINE AND LOUISE FINE;
ROBERT FINKLE;
ROBERT FISCHER;
GLENN FLATT;
NANCY FOGLEMAN AND JAMES
FOGLEMAN;
PETER FOLEY;
GARY FORD AND MARY H. FORD;
ANNA FRANCE AND ROBERT FRANCE;
LOUISE GAGNON;
WILLIAM GALBRAITH AND GWEN
GALBRAITH;
JOE GALLEGOS AND OFELIA GALLEGOS;
PAUL GARRAHAN;
SUSAN GEISSENBERGER;
DORIS GEZZAR;
REX GIBBS AND VIOLET D. GIBBS;
EUGENIA GLASCO AND JOE N. GLASCO;
GAIL GODDARD;
EARL GOLDMANN;
ELEANOR GOLDSTEIN AND MELVIN
GOLDSTEIN;
BARBARA GOLMON AND LLOYD
GOLMON;
LEOPOLDO GOMEZ AND LYDIA T.
GOMEZ;
RUBY GONZALES AND JOHN L.
GONZALES;
HELEN GARCIA AND EDWARD GARCIA;
MARY GRANISON AND WILLIAM
GRANISON;
KATE GRAVES;
FREDERICK GREEN AND CLARA GREEN;
SADY GREER AND HAROLD E. GREER;
KENNETH GREGGORY AND NANCY
GREGGORY;
WILLIAM GREGORY AND KATHLEEN
GREGORY;
JOHN GRGAT AND MARGARET GRGAT;
CHRISTA GROSS AND ALFRED GROSS;
GERALD GROVEN AND PATI GROVEN;
BOBBY GUYTON AND STANISLAVA
GUYTON;

MARY HABRE;
DONALD HALL AND PATSY HALL;
JACQUES HANDFIELD;
HARVEY HARDEN AND IRMA HARDEN;
JESS HARDY AND MARLENE HARDY;
VICTOR HARILDSTAD AND GENEVA
HARILDSTAD;
RITA HARKEY AND WILLIAM HARKEY;
ALFRED HARLEV AND ROBERTA JEAN
HARLEV;
CATHERINE HARTLINE AND MICHAEL
HARTLINE;
RONALD HARUFF AND PATSY HARUFF;
BARBARA HAVENS AND JACK HAVENS;
LURE HAVILAND AND DALE HAVILLAND;
ALDEN HERMAN AND ELIES HERMAN;
ROBERT HERNANDEZ;
MARIA HERRERA AND VICTOR HERRERA;
VICTOR HERRERA AND MARIA HERRERA;
FLORENCE HERTAUS;
TONY BIGHT AND ANN M. HIGHT;
ROBERT HILDEBRANDT AND SHARON
HILDEBRANDT;
RALPH HINOJOSA, JR. AND LINDA
HNOJOSA, JR.;
JOHN HOBAN AND LOLA HOBAN;
GLEN HOCH AND LOIS HOCH;
LAWRENCE HOEL, JR. AND DEBORAH
HOEL;
BENITA HOFFMAN AND CHARLES
HOFFMAN;
THEODORE HOLLIDAY AND COLLEEN
HOLLIDAY;
MARJORIE HOMER AND JOHN HOMER;
DESMOND HOOEY AND GRACE HOOEY;
JERALD HORTON AND JOYCE HORTON;
HARIETTA HOWARD AND JERALD
HOWARD;
GLORIA HOWSON;
RICHARD HUEBNER AND SUSAN
HUEBNER;
MAE HIGGINS AND ARCHIE HIGGINS;
MYRNA HUNT;
PAUL HUPP AND MARAJEAN HUPP;

BONNIE HYMAN-FIGY AND EUGENE
HYMANT; CALVIN JACKSON AND FLOY
JACKSON; ROBERTA JACKSON;
JOHN JACKSON, JR AND SHELBY
JACKSON; FRANCISCO JAIME;
ROSALIE JAMESON;
PATRICIA JANSSEN AND JOHN JANSSEN;
JANICE JERNIGAN;
GERALD JIRON;
DALCIE JOHNSON;
EDWARD JOHNSON AND SHIRLEY
JOHNSON; FLOYD JOHNSON AND
GILLIAN GRAFTON; JERI-LOU JOHNSON
AND JOSEPH JOHNSON; MARVIN
JOHNSON AND DORIS JOHNSON;
RICHARD JONASON AND BESS M.
JONASON; GAIL JONES;
NANCY JONES AND ALBERT JONES;
MIDA JORDAN;
ALEX JUAREZ AND NANCY JUAREZ;
JERRY KAMCIII AND BEVERLY KAMCHI,
DENNIS KELLEY AND SHERRY KELLEY;
WILLIAM KELLY AND BARBARA KELLY;

                    Plaintiffs,

        against


BAYER CORPORATION,
BAYER AG,
GLAXOSMITHKLINE, PLC,
SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE

        Defendants.

--------------------------------------------------------X

        DAVID B. GORDON, being duly sworn, deposes and says:

1. I am a member of Schoeman, Updike & Kaufman, LLP, attorneys for defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc. Pursuant to 28 U.S.C. §1446, I make this affidavit to set forth the consent of SmithKline Beecham Corporation d/b/a GlaxoSmithKline to the removal of this action from the Supreme Court of the State of New York, New York County to this Court.

2. This affidavit of consent is filed within the statutory time limit to consent to the removal of the action.

_____
David B. Gordon (DG 0010)

Sworn to before me this 3rd
day of December, 2003

_____
Notary Public

REEVE SEGAL
Notary Public, State of New York
No. 01SE6085603
Qualified in New York County
Commission Expires December 30, 2006

To: Paul J. Pennock, Esq.
   WEITZ & LUXENBERG, P.C.
   Attorneys for Plaintiffs
   180 Maiden Lane, 17th Floor
   New York, New York 10038
   (212) 558-5500

   Daniel S. Ratner
   HEIDELL, PITTONI, MURPHY & BACH, LLP
   Attorneys for Defendants
   BAYER CORPORATION and BAYER A.G.
   99 Park Avenue
   New York, New York 10016
   (212) 286 – 8585

Exhibit C

Beth L. Kaufman (BK 7809)
David B. Gordon (DG 0010)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
(212) 661 – 5030
Attorneys for Defendants
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline and
GlaxoSmithKline plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

EMERY DODD AND ELEN DODD;
ROBERT DODD;
MARY DOMINGUEZ AND FRANK
DOMINGUEZ;
VIVIAN DOMINGUEZ AND RAYMOND
DOMINGUEZ;
MARIE DOPKINS AND RUSSELL H.
DOPKINS;
JOHN DRENNAN AND SHIRLEY DRENNAN;
BARBARA DROBICK AND KENNETH
DROBICK;
PAULINE DUERKOP AND GERALD
DUERKOP;
JOHNNY DUNCAN AND LEE ANNA
DUNCAN;
FRANCIS DYKSTRA;
THEADORE EICHENLAUB AND THELMA
EICHENLAUB;
EDNA ELLIS;
RONALD ELLIS AND BARI ELLIS;
LEWIS ELLSWORTH AND PENNY
ELLSWORTH;
JOHN ENGSTROM AND CAROL
ENGSTROM;
CARLOS ESTRADA AND MARY HELEN
ESTRADA;
JOHN FARRELL AND LENORE FARRELL;
EDWARD FELIX AND LOUSE FELIX,

**DEFENDANT GLAXOSMITHKLINE
PLC's CONSENT TO REMOVAL**

SCOTT FERGUSON;
HERBERT FINE AND LOUISE FINE;
ROBERT FINKLE;
ROBERT FISCHER;
GLENN FLATT;
NANCY FOGLEMAN AND JAMES
FOGLEMAN;
PETER FOLEY;
GARY FORD AND MARY H. FORD;
ANNA FRANCE AND ROBERT FRANCE;
LOUISE GAGNON;
WILLIAM GALBRAITH AND GWEN
GALBRAITH;
JOE GALLEGOS AND OFELIA GALLEGOS;
PAUL GARRAHAN;
SUSAN GEISSENBERGER;
DORIS GEZZAR;
REX GIBBS AND VIOLET D. GIBBS;
EUGENIA GLASCO AND JOE N. GLASCO;
GAIL GODDARD;
EARL GOLDMANN;
ELEANOR GOLDSTEIN AND MELVIN
GOLDSTEIN;
BARBARA GOLMON AND LLOYD
GOLMON;
LEOPOLDO GOMEZ AND LYDIA T.
GOMEZ;
RUBY GONZALES AND JOHN L.
GONZALES;
HELEN GARCIA AND EDWARD GARCIA;
MARY GRANISON AND WILLIAM
GRANISON;
KATE GRAVES;
FREDERICK GREEN AND CLARA GREEN;
SADY GREER AND HAROLD E. GREER;
KENNETH GREGGORY AND NANCY
GREGGORY;
WILLIAM GREGORY AND KATHLEEN
GREGORY;
JOHN GRGAT AND MARGARET GRGAT;
CHRISTA GROSS AND ALFRED GROSS;
GERALD GROVEN AND PATI GROVEN;
BOBBY GUYTON AND STANISLAVA
GUYTON;

MARY HABRE;
DONALD HALL AND PATSY HALL;
JACQUES HANDFIELD;
HARVEY HARDEN AND IRMA HARDEN;
JESS HARDY AND MARLENE HARDY;
VICTOR HARILDSTAD AND GENEVA
HARI DSTAD,
RITA HARKEY AND WILLIAM HARKEY;
ALFRED HARLEV AND ROBERTA JEAN
HARLEV;
CATHERINE HARTLINE AND MICHAEL
HARTLINE;
RONALD HARUFF AND PATSY HARUFF;
BARBARA HAVENS AND JACK HAVENS;
LURE HAVILAND AND DALE HAVIILAND;
ALDEN HERMAN AND ELIES HERMAN;
ROBERT HERNANDEZ;
MARIA HERRERA AND VICTOR HERRERA;
VICTOR HERRERA AND MARIA HERRERA;
FLORENCE HERTAUS;
TONY BIGHT AND ANN M. HIGHT;
ROBERT HILDEBRANDT AND SHARON
HILDEBRANDT;
RALPH HINOJOSA, JR AND LINDA
HNOJOSA, JR;
JOHN HOBAN AND LOLA HOBAN;
GLEN HOCH AND LOIS HOCH;
LAWRENCE HOEL, JR. AND DEBORAH
HOEL;
BENITA HOFFMAN AND CHARLES
HOFFMAN;
THEODORE HOLLIDAY AND COLLEEN
HOLLIDAY;
MARJORIE HOMER AND JOHN HOMER;
DESMOND HOOEY AND GRACE HOOEY;
JERALD HORTON AND JOYCE HORTON;
HARIETTA HOWARD AND JERALD
HOWARD;
GLORIA HOWSON;
RICHARD HUEBNER AND SUSAN
HUEBNER;
MAE HIGGINS AND ARCHIE HIGGINS;
MYRNA HUNT;
PAUL HUPP AND MARAJEAN HUPP;

BONNIE HYMAN-FIGY AND EUGENE
HYMANT; CALVIN JACKSON AND FLOY
JACKSON; ROBERTA JACKSON;
JOHN JACKSON, JR AND SHELBY
JACKSON; FRANCISCO JAIME;
ROSALIE JAMESON;
PATRICIA JANSSEN AND JOHN JANSSEN;
JANICE JERNIGAN;
GERALD JIRON;
DALCIE JOHNSON;
EDWARD JOHNSON AND SHIRLEY
JOHNSON; FLOYD JOHNSON AND
GILLIAN GRAFTON; JERI-LOU JOHNSON
AND JOSEPH JOHNSON: MARVIN
JOHNSON AND DORIS JOHNSON;
RICHARD JONASON AND BESS M.
JONASON; GAIL JONES;
NANCY JONES AND ALBERT JONES;
MIDA JORDAN;
ALEX JUAREZ AND NANCY JUAREZ;
JERRY KAMCHI AND BEVERLY KAMCHI;
DENNIS KELLEY AND SHERRY KELLEY;
WILLIAM KELLY AND BARBARA KELLY;

                    Plaintiffs,

        against


BAYER CORPORATION,
BAYER AG,
GLAXOSMITHKLINE, PLC,
SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE

            Defendants.

-------------------------------------------------------X

DAVID B. GORDON, being duly sworn, deposes and says:

1.      I am a member of Schoeman, Updike & Kaufman, LLP, attorneys for defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc (hereinafter "GSK plc") . Pursuant to 28 U.S.C. §1446, I make this affidavit to set forth the consent of GSK plc to the removal of this action from the Supreme Court of the State of New York, New York County to this Court.

2.      This affidavit of consent is filed within the statutory time limit to consent to the removal of the action.

_____

David B. Gordon (DG 0010)

Sworn to before me this 3rd
day of December, 2003

_____
Notary Public

REEVE SEGAL
Notary Public, State of New York
No. 01SE6085603
Qualified in New York County
Commission Expires December 30, 2006

To: Paul J. Pennock, Esq.
    WEITZ & LUXENBERG, P.C.
    Attorneys for Plaintiffs
    180 Maiden Lane, 17th Floor
    New York, New York 10038
    (212) 558-5500

    Daniel S. Ratner
    HEIDELL, PITTONI, MURPHY & BACH, LLP
    Attorneys for Defendants
    BAYER CORPORATION and BAYER A.G.
    99 Park Avenue
    New York, New York 10016
    (212) 286 – 8585

Exhibit D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

EMERY DODD and ELEN DODD, ROBERT DODD;
MARY DOMINGUEZ AND FRANK DOMINGUEZ;
VIVIAN DOMINGUEZ AND RAYMOND
DOMINAGUEZ; MARIE DOPKINS AND RUSSELL
H. DOPKINS; JOHN DRENNAN AND SHIRLEY
DRENNAN; BARBARA DROBICK AND KENNETH
DROBICK; PAULINE DUERKOP AND GERALD
DUERKOP; JOHNNY DUNCAN AND LEE ANNA
DUNCAN; FRANCIS DYKSTRA; THEADORE
EICHENLAUB AND THELMA EICHENLAUB;
EDNA ELLIS; RONALD ELLIS AND BARI ELLIS;
LEWIS ELLSWORTH AND PENNY ELLSWORTH;
JOHN ENGSTROM AND CAROL ENGSTROM;
CAROL ESTRADA AND MARY HELEN ESTRADA;
JOHN FARRELL AND LENORE FARRELL; EDWARD
FELIX AND LOUISE FELIX; SCOTT FERGUSON;
HERBERT FINE AND LOUISE FINE; ROBERT
FINKLE; ROBERT FISCHER, GLENN FLATT;
NANCY FOGELMAN AND JAMES FOGELMAN;
PETER FOLEY; GARY FORD AND MARY H. FORD;
ANNA FRANCE AND ROBERT FRANCE; LOUISE
GAGNON; WILLIAM GALBRAITH AND GWEN
GALBRAITH; JOE GALLEGOS AND OFELIA
GALLEGOS; PAUL GARRAHAN; SUSAN
GEISSENBERGER; DORIS GEZZAR; REX GIBBS
AND VIOLET D. GIBBS; EUGENIA GLASCO AND
JOE N. GLASCO; GAIL GODDARD; EARL GOLDMANN;
EARL GOLDSTEIN AND MELVIN GOLDSTEIN;
BARBARA GOLMON AND LLOYD D. GOLMON;
LEOPOLDO GOMEZ AND LYDIA T. GOMEZ; RUBY
GONZALES AND JOHN L. GONZALES; HELEN
GRACIA AND EDWARD GRACIA; MARY GRANISON
AND WILLIAM GRANISON; KATES GRAVES;
FREDERICK GREEN AND CLARA GREEN; SADY
GREER AND HAROLD E. GREER; KENNETH
GREGGORY AND NANCY GREGGORY; JOHN
GRGAT AND MARGARET GRGAT; CHRISTA GROSS
AND ALFRED GROSS; GERALD GROVEN AND
PATI GROVEN; BOBBY GUYTON AND SATNSILAVA

Index No: 113020-03

**NOTICE TO STATE
COURT OF FILING
OF NOTICE OF REMOVAL**

273370.1

GUYTON; MARY HABRE; DONALD HALL AND PATSY
HALL; JACQUES HANDFIELD; HARVEY HARDEN
AND IRMA HARDEN; JJESS HARDY AND MARLENE
HARDY; VICTOR HARILDSTAD AND GENEVA
HARILSTAD; RITA HARLEV AND ROBERTA JEAN
HARLEV; CATHERINE HARTLINE AND MICHAEL
HARTLINE; RONALD HARUFF AND PATSY HARUFF;
BARBARA HAVENS AND JACK HAVENS; LUPE
HAVILAND AND DALE HAVILAND; ALDEN HERMAN
AND ELIES HERMAN; ROBERT HERNANDEZ; MARIA
HERRERA AND VICTOR HERRERA; VICTOR HERRERA
AND MARIA HERRERA; FLORENCE HERTAUS; TONY
HIGHT AND ANN M. HIGHT; ROBERT HILDEBRANDT
AND SHARON HILDEBRANDT; RALPH HINOJOSA, JR.
AND LINDA HINOJOSA, JR.; JOHN HOBAN AND LOLA
HOBAN; GLEN HOCH AND LOIS HOCH; LAWRENCE
HIEL, JR. AND DEBORAH HOEL; BENITA HOFFMAN AND
CHARLES HOFFMAN; THEODORE HOLLIDAY AND
COLLEEN HOLLIDAY; MARJORIE HOMER AND JOHN
HOMER; DESMOND HOOEY AND GRACE HOOEY;
JERALD HORTON AND JOYCE HORTON; HARIETTA
HOWARD AND JERALD HOWARD; GLORIA HOWSON;
RICHARD HUEBNER AND SUSAN HUEBNER; MAE HUGGINS
AND ARCHIE HUGGINS; MYRNA HUNT; PAUL HUPP
AND MARAJEAN HUPP; BONNIE HYMAN-FIGY AND
EUGENE HYMAN, CALVIN JACKSON AND FLOY JACKSON;
ROBERTA JACKSON; JOHN JACKSON, JR. AND SHELBY
JACKSON; FRANCISCO JAIME; ROSALIE JAMESON;
PATRICIA JANSSEN AND JOHN JANSSEN; JANICE
JERNIGAN; GERALD JIRON; DALCIE JOHNSON; EDWARD
JOHNSON AND SHIRLEY JOHNSON; FLOYD JOHNSON
AND GILLIAN GRAFTON; JERI-LOU JOHNSON AND
JOSEPH JOHNSON; MARVIN JOHNSON AND DORIS
JOHNSON; RICHARD JONASON AND BESS M. JONASON;
GAIL JONES; NANCY JONES AND ALBERT JONES;
MIDA JORDAN; ALEX JUAREZ AND NANCY JUAREZ;
JERRY KAMCHI AND BEVERLY KAMCHI; DENNIS
KELLEY AND SHERRY KELLEY; WILLIAM KELLEY
AND BARBARA KELLEY;

Plaintiffs,

273370.1

- against -

BAYER AG, BAYER CORPORATION,
GLAXOSMITHKLINE, PLC,
SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE

                              Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that a Notice of Removal of the above-captioned action
from the Supreme Court of the State of New York, County of New York to the United States District
Court for the Southern District of New York, a copy of which is attached hereto as *Exhibit "1"*, was
filed on December 8, 2003, in the United States District Court for the Southern District of New
York. Notice of that filing was given pursuant to 28 U.S.C. § 1446(d) and a copy of that Notice of
Filing of Notice of Removal is attached hereto as *Exhibit "2"*.

Dated: New York, New York
       December 8, 2003

BAYER CORPORATION

By: _____
    Daniel S. Ratner (DR 7823)
    Scott M. Zimmerman (SM 2735)
    Heidell, Pittoni, Murphy & Bach LLP
    99 Park Avenue
    New York, New York 10016
    (212) 286-8585

273370.1

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                               ) SS.:
COUNTY OF NEW YORK    )

        Wayne Dixon, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

        On December 8, 2003, deponent served the within NOTICE OF REMOVAL upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivery a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:    Victoria J. Maniatis, Esq.
        Paul Pennock, Esq.
        Weitz & Luxenberg, P.C.
        180 Maiden Lane
        New York, New York 10038
        (212) 558-5906
        *Attorneys for Plaintiff*

        Beth L. Kaufman, Esq.
        Schoeman, Updike & Kaufman, LLP
        Attorneys for defendants GLAXOSMITHKLINE, PLC and
        SMITHKLINE BEECHAM CORPORATION
        60 East 42nd Street
        New York, New York  10165

                                                  **WAYNE DIXON**

Sworn to before me this
8th day of December, 2003

        **NOTARY PUBLIC**

          JOSE M. TEJEDA
     Notary Public, State of New York
          No. 4993001
       Qualified in Bronx County
    Commission Expires March 9, 2006

272501-1