UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EMERY DODD AND ELEN DODD; ROBERT DODD;
MARY DOMINGUEZ AND FRANK DOMINGUEZ;
VIVIAN DOMINGUEZ AND RAYMOND
DOMINAGUEZ; MARIE DOPKINS AND RUSSELL
H. DOPKINS; JOHN DRENNAN AND SHIRLEY
DRENNAN; BARBARA DROBICK AND KENNETH
DROBICK; PAULINE DUERKOP AND GERALD
DUERKOP; JOHNNY DUNCAN AND LEE ANNA
DUNCAN; FRANCIS DYKSTRA; THEADORE
EICHENLAUB AND THELMA EICHENLAUB;
EDNA ELLIS; RONALD ELLIS AND BARI ELLIS;
LEWIS ELLSWORTH AND PENNY ELLSWORTH;
JOHN ENGSTROM AND CAROL ENGSTROM;
CAROL ESTRADA AND MARY HELEN ESTRADA;
JOHN FARRELL AND LENORE FARRELL; EDWARD
FELIX AND LOUISE FELIX; SCOTT FERGUSON;
HERBERT FINE AND LOUISE FINE; ROBERT
FINKLE; ROBERT FISCHER; GLENN FLATT;
NANCY FOGELMAN AND JAMES FOGELMAN;
PETER FOLEY; GARY FORD AND MARY H. FORD;
ANNA FRANCE AND ROBERT FRANCE; LOUISE
GAGNON; WILLIAM GALBRAITH AND GWEN
GALBRAITH; JOE GALLEGOS AND OFELIA
GALLEGOS; PAUL GARRAHAN; SUSAN
GEISSENBERGER; DORIS GEZZAR; REX GIBBS
AND VIOLET D. GIBBS; EUGENIA GLASCO AND
JOE N. GLASCO; GAIL GODDARD; EARL GOLDMANN;
EARL GOLDSTEIN AND MELVIN GOLDSTEIN;
BARBARA GOLMON AND LLOYD D. GOLMON;
LEOPOLDO GOMEZ AND LYDIA T. GOMEZ; RUBY
GONZALES AND JOHN L. GONZALES; HELEN
GRACIA AND EDWARD GRACIA; MARY GRANISON
AND WILLIAM GRANISON; KATES GRAVES;
FREDERICK GREEN AND CLARA GREEN; SADY
GREER AND HAROLD E. GREER; KENNETH
GREGGORY AND NANCY GREGGORY; JOHN
GRGAT AND MARGARET GRGAT; CHRISTA GROSS
AND ALFRED GROSS; GERALD GROVEN AND
PATI GROVEN; BOBBY GUYTON AND SATNSILAVA

03 CV 9711

2003 - CV -

**DEFENDANT BAYER
CORPORATION'S
RULE 7.1 STATEMENT**

273960.1

GUYTON; MARY HABRE; DONALD HALL AND PATSY HALL; JACQUES HANDFIELD; HARVEY HARDEN AND IRMA HARDEN; JJESS HARDY AND MARLENE HARDY; VICTOR HARILDSTAD AND GENEVA HARILSTAD; RITA HARLEV AND ROBERTA JEAN HARLEV; CATHERINE HARTLINE AND MICHAEL HARTLINE; RONALD HARUFF AND PATSY HARUFF; BARBARA HAVENS AND JACK HAVENS; LUPE HAVILAND AND DALE HAVILAND; ALDEN HERMAN AND ELIES HERMAN; ROBERT HERNANDEZ; MARIA HERRERA AND VICTOR HERRERA; VICTOR HERRERA AND MARIA HERRERA; FLORENCE HERTAUS; TONY HIGHT AND ANN M. HIGHT; ROBERT HILDEBRANDT AND SHARON HILDEBRANDT; RALPH HINOJOSA, JR. AND LINDA HINOJOSA, JR.; JOHN HOBAN AND LOLA HOBAN; GLEN HOCH AND LOIS HOCH; LAWRENCE HIEL, JR. AND DEBORAH HOEL; BENITA HOFFMAN AND CHARLES HOFFMAN; THEODORE HOLLIDAY AND COLLEEN HOLLIDAY; MARJORIE HOMER AND JOHN HOMER; DESMOND HOOEY AND GRACE HOOEY; JERALD HORTON AND JOYCE HORTON; HARIETTA HOWARD AND JERALD HOWARD; GLORIA HOWSON; RICHARD HUEBNER AND SUSAN HUEBNER; MAE HUGGINS AND ARCHIE HUGGINS; MYRNA HUNT; PAUL HUPP AND MARAJEAN HUPP; BONNIE HYMAN-FIGY AND EUGENE HYMAN; CALVIN JACKSON AND FLOY JACKSON; ROBERTA JACKSON; JOHN JACKSON, JR. AND SHELBY JACKSON; FRANCISCO JAIME; ROSALIE JAMESON; PATRICIA JANSSEN AND JOHN JANSSEN; JANICE JERNIGAN; GERALD JIRON; DALCIE JOHNSON; EDWARD JOHNSON AND SHIRLEY JOHNSON; FLOYD JOHNSON AND GILLIAN GRAFTON; JERI-LOU JOHNSON AND JOSEPH JOHNSON; MARVIN JOHNSON AND DORIS JOHNSON; RICHARD JONASON AND BESS M. JONASON; GAIL JONES; NANCY JONES AND ALBERT JONES; MIDA JORDAN; ALEX JUAREZ AND NANCY JUAREZ; JERRY KAMCHI AND BEVERLY KAMCHI; DENNIS

273960.1

KELLEY AND SHERRY KELLEY; WILLIAM KELLEY
AND BARBARA KELLEY;

        Plaintiffs,

 - against -

BAYER CORPORATION, BAYER AG,
GLAXOSMITHKLINE, PLC,
SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE

        Defendants.
-------------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, BAYER CORPORATION, a private (non-governmental) party, certifies that the following constitute any parent corporation and any publicly held corporation that owns 10% or more of its stock:

        BAYER AG

Dated: New York, New York
   December 8 , 2003

        Respectfully yours,

        HEIDELL, PITTONI, MURPHY & BACH, LLP

        By: _____
         Scott M. Zimmerman (SZ 2735)
         Daniel S. Ratner (DR 7823)
         Attorneys for Defendant
         BAYER CORPORATION
         99 Park Avenue
         New York, New York 10016
         (212) 286-8585

TO: Paul Pennock, Esq.
   Victoria J. Maniatis, Esq.
   Weitz & Luxenberg, P.C.
   180 Maiden Lane
   New York, New York 10038
   (212) 558-5906
   *Attorneys for Plaintiff*

273960.1

Beth L. Kaufman, Esq
David B. Gordon, Esq
Schoeman, Updike & Kaufman LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030
*Attorneys for Glaxosmithkline, plc.*

273960.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK         )

Wayne Dixon, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On December 8, 2003, deponent served the within RULE 7.1 STATEMENT upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivery a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: Victoria J. Maniatis, Esq.
    Paul Pennock, Esq.
    Weitz & Luxenberg, P.C.
    180 Maiden Lane
    New York, New York 10038
    (212) 558-5906
    *Attorneys for Plaintiff*

    Beth L. Kaufman, Esq.
    Schoeman, Updike & Kaufman, LLP
    Attorneys for defendants GLAXOSMITHKLINE, PLC and
    SMITHKLINE BEECHAM CORPORATION
    60 East 42nd Street
    New York, New York 10165

                                          _____
                                          WAYNE DIXON

Sworn to before me this
8th day of December, 2003

_____
NOTARY PUBLIC

JOSE M. TEJEDA
Notary Public, State of New York
No. 4995001
Qualified in Bronx County
Commission Expires March 9, 2006

272591.1